**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RANJIT RASAILY,** | : | |
| Plaintiff(s), | : | Civil Action 2:17-cv-193 |
| v. | : | Judge George C. Smith |
| **EMPIRE FIRE AND MARINE INSURANCE COMPANY,** *et al.*, | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant(s). | | |

## ORDER

The Parties are **DIRECTED** to file a written report with the Court regarding the status of this case within **FOURTEEN (14) DAYS** of the date of this Order.

**IT IS SO ORDERED.**


DATE: August 30, 2018                     /s/  *Elizabeth A. Preston Deavers*
                                          **ELIZABETH PRESTON DEAVERS**
                                          **UNITED STATES MAGISTRATE JUDGE**